GOLDSMITH & HULL/File #C99-27461/C99-27462
A Professional Corporation
William I. Goldsmith     SBN 82183
Jack D. Hull     SBN 91879
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DORA L. RUBALCAVA, <br><br> Defendant. | CASE NO.: 8:13-CV-01686 <br><br> CONSENT JUDGMENT [Proposed] |

   Plaintiff UNITED STATES OF AMERICA, having filed its Complaint herein and the Defendant DORA L. RUBALCAVA, through their respective attorneys of record have consented to the making and entry of this Consent Judgment as follows:

   1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

   2.   The defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

   3. Defendant DORA L. RUBALCAVA through her respective attorney of record

hereby agrees to the entry of Judgment in the principal amount of $5,402.98 plus interest accrued to **March 5, 2014** in the sum of $11,244.26; plus penalty/administrative charges in the amount of $0.00; attorney fees in the sum of $740.30 and cost in the sum of $459.00 for a total of $17,846.54; with interest accruing thereafter at **$0.60** per day for claim number one and $0.58 per day for claim number two until entry of judgment. Consent Judgment will accrue interest at the legal rate from the date of entry until paid in full.

    4. Defendant will make payments to plaintiff as follow

    Monthly payments in the amount of $150.00, beginning **March 10, 2014**, and at the same time thereafter until the debt is paid in full.

    5. Payments are to be made payable to the U.S. Department of Justice and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and to include the file number: **1999B12528** on the face of the check.

    6. The payment of **$150.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant. Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once on an annual basis.

    7. For purposes of evaluation and possible modification, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of your last two earning statements.

    8. Under no circumstances, will the monthly payment be lower than $150.00 per month.

    9. Should defendant become thirty (30) days or more delinquent in making any payment due hereunder, Plaintiff will enforce this judgment after giving credits for any payments made in accordance with the applicable laws.

    10. Liens will be recorded with the applicable County Recorder wherein

1  defendant resides or owns real property and defendant shall bear the cost of this
2  transaction.
3       11. When the amount of the consent judgment is liquidated, plaintiff shall
4  prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide
5  defendant with a Release of Lien Under Abstract of Judgment for defendant to record
6  with the applicable County Recorder.
7
8       12. This consent judgment will accrue interest at the legal rate from the date of
9  entry until paid in full.
10
11
12 DATE: 8/27/14            TERRY NAFISI, CLERK OF THE COURT
                            U.S. District Court Central District of California
13
14
15
16
17                         By: *Yvette Lewis*
                              DEPUTY CLERK
18
19
20
21
22
23
24
25
26
27
28